**Exhibit A to the Complaint**

**Location:** Westminster, CO  **IP Address:** 24.8.124.113
**Total Works Infringed:** 27  **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 2BADCEB5E39B138BF869F607A14558F3BAF486C6 | 10/09/2025 05:04:07 | Tushy | 04/21/2024 | 05/08/2024 | PA0002470013 |
| 2 | 40bec0b173c3c60c255f531cf7d91c639f5d3e6f | 10/16/2025 02:20:40 | Vixen | 12/30/2022 | 01/10/2023 | PA0002389585 |
| 3 | 0e673078ee81f3133f48223789fe70d53f8174d8 | 10/14/2025 16:42:08 | TushyRaw | 10/12/2025 | 11/10/2025 | PA0002553392 |
| 4 | 540535935baa7d1f1c85637a32e63f46b38a4c3a | 10/14/2025 16:41:21 | Tushy | 10/12/2025 | 11/10/2025 | PA0002553340 |
| 5 | 45664B0D14020616119EF8A01937C6FCE52C5297 | 10/01/2025 04:18:32 | TushyRaw | 07/06/2025 | 07/08/2025 | PA0002539158 |
| 6 | DE3754185ED21BECD51B664CD095066FDB9C1F8D | 10/01/2025 04:14:51 | Tushy | 04/27/2025 | 05/20/2025 | PA0002531765 |
| 7 | cd31a28a7d8abf86fcead232fc41a449fead0b6c | 09/30/2025 03:53:31 | Tushy | 09/28/2025 | 11/10/2025 | PA0002553339 |
| 8 | CDE3E3E39633EDCDC51AD8E5FE79D9E46C61C1D8 | 09/30/2025 03:51:31 | TushyRaw | 09/28/2025 | 11/10/2025 | PA0002553398 |
| 9 | 8D5F22391FC5B7E66FEAB3E8053666C5581D2BE0 | 09/22/2025 03:07:08 | Tushy | 12/08/2024 | 12/13/2024 | PA0002506314 |
| 10 | f124b90667de368f52632c8ccd93f69166e46f21 | 09/22/2025 02:52:13 | Tushy | 09/21/2025 | 09/24/2025 | PA0002552392 |
| 11 | 119670ef229a17fea8c4ccf3746fe3cb925aef4a | 09/15/2025 04:55:37 | TushyRaw | 09/14/2025 | 09/24/2025 | PA0002552383 |
| 12 | d41f89a25af395b0005111d3b91145d8fb5186d2 | 08/29/2025 04:03:08 | TushyRaw | 07/09/2024 | 07/16/2024 | PA0002480606 |
| 13 | 0173e13d409ad3c8c6f7587063a936a03177f281 | 08/21/2025 05:10:37 | Milfy | 08/20/2025 | 09/16/2025 | PA0002551064 |
| 14 | 91b17e26737e54d68fbc21e16176b57a148290d0 | 08/16/2025 22:10:15 | Tushy | 10/18/2017 | 11/30/2017 | PA0002098004 |
| 15 | bd9e65417fc6622cac52ad62302485b933871057 | 08/07/2025 04:48:18 | Milfy | 08/06/2025 | 08/08/2025 | PA0002544264 |
| 16 | 208a48ccb1da96e7e0d605e5cbcface5fe839833 | 07/22/2025 06:30:05 | Tushy | 07/20/2025 | 07/22/2025 | PA0002541682 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 1C498053A51835959863554A468CE7BFDA8B4AF8 | 07/22/2025 06:01:00 | TushyRaw | 07/20/2025 | 07/22/2025 | PA0002541701 |
| 18 | F62C2A74CD5E3622071519075382940E012291CD | 07/17/2025 03:20:51 | Tushy | 06/27/2021 | 08/02/2021 | PA0002305088 |
| 19 | 75ffb37de6e291932061358797a751ea0edde22b | 06/20/2025 04:42:21 | Vixen | 04/09/2018 | 06/19/2018 | PA0002126676 |
| 20 | EB6C2096A47ABB73C89DBBE8A4A7B0601FC147A3 | 06/20/2025 04:32:25 | TushyRaw | 06/06/2025 | 06/10/2025 | PA0002534380 |
| 21 | 22EB885679BD8730A5EB072F1ECF571682E58277 | 06/01/2025 05:15:58 | Tushy | 09/15/2024 | 10/16/2024 | PA0002494784 |
| 22 | 790A48E47EC87C1DFD2979BFBD68DCB1C7740088 | 06/01/2025 05:09:46 | Vixen | 05/30/2025 | 06/09/2025 | PA0002534206 |
| 23 | 1873315CD7A47FFB11A5DB2196182119545F9ED9 | 05/26/2025 04:40:07 | Vixen | 05/23/2025 | 06/10/2025 | PA0002534384 |
| 24 | 5ee2c455f4e50cda29886605b0c6d484ad9547c8 | 05/04/2025 03:35:23 | Vixen | 05/02/2025 | 05/21/2025 | PA0002531828 |
| 25 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | 03/26/2025 05:22:41 | Tushy | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 26 | BA5179C17A6E0ED8E5DEF1AAE751F3E371D5E253 | 03/26/2025 05:15:20 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 27 | E683F0F9D186007A2269919B201A6997AE284B76 | 03/25/2025 03:08:46 | Tushy | 08/14/2019 | 09/17/2019 | PA0002216214 |